No. 95–1172. SANJUAN ET AL. *v.* AMERICAN BOARD OF PSYCHIATRY & NEUROLOGY, INC., ET AL., 516 U. S. 1159. Petition for rehearing denied.

JULY 10, 1996

No. 95–1855. BARTON ET AL. *v.* LANDMARK LAND COMPANY OF CAROLINA, INC., ET AL. C. A. 4th Cir. Certiorari dismissed as to Joe W. Walser under this Court's Rule 46.

No. A–898. D'AMARIO *v.* RHODE ISLAND. Super. Ct. Providence County, R. I. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. A–1035 (95–1962). REPUBLICAN PARTY OF ALASKA *v.* O'CALLAGHAN ET AL. Sup. Ct. Alaska. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.